ACCEPTED
01-15-00718-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 11:12:03 PM
CHRISTOPHER PRINE
Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 10:46:40 AM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. 1044724

| | | |
|---|---|---|
| CHRISTY L. TRAYNOR | § | IN THE COUNTY COURT |
| | § | |
| V. | § | |
| | § | AT LAW NO. 2 |
| HUMBLE SURGICAL HOSPITAL | § | |
| L.L.C., HUMBLE SURGICAL | § | |
| HOSPITAL SERVICES, L.L.C. | § | |
| HUMBLE SURGICAL HOLDINGS, | § | |
| L.L.C., HOUSTON HUMBLE | § | |
| SURGICAL, P.L.L.C., HUMBLE | § | |
| SPINE SURGERY, P.L.L.C. and | § | |
| KELLY JOE BUNYARD, individually | § | HARRIS COUNTY, TEXAS |

### DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL

1.      Under TEX. R. APP. P. 25, Defendant, **HUMBLE SURGICAL HOSPITAL L.L.C. (incorrectly named as HUMBLE SURGICAL HOSPITAL SERVICES, L.L.C., HUMBLE SURGICAL HOLDINGS, L.L.C., HOUSTON HUMBLE SURGICAL, P.L.L.C., HUMBLE SPINE SURGERY, P.L.L.C.)** desires to appeal from the Court's denial of its Motion to Dismiss and Objections Pursuant to Chapter 74 of the Tex. Civ. Prac. & Rem. Code for Failure to File an Adequate Expert Report signed by the Court on August 3, 2015, and to all rulings and orders subsumed in that denial.

2.      Defendant is entitled to an interlocutory appeal under TEX. CIV. PRAC. & REM. CODE §51.014 (a)(9) based on the court's denial of the relief sought by a motion under Section 74.351(b). The commencement of trial in the trial court is stayed pending resolution of the appeal under TEX. CIV. PRAC. & REM. CODE § 51.014 (b).

3.      Defendant appeals to either the First or the Fourteenth Court of Appeals in Houston, Texas.

4.      The appeal of this case is an accelerated appeal.

Respectfully submitted,

**HORNE ROTA MOOS, LLP**


BY: _/s/ Joshua Anderson_
      JOSHUA C. ANDERSON
      SBN: 24027198
      janderson@hrmlawyers.com
      CHASTITI N. HORNE
      SBN: 24007385
      chorne@hrmlawyers.com
      2777 Allen Parkway, Suite 1200
      Houston, TX 77019
      (713) 333 4500
      (713) 333 4600 – Facsimile

ATTORNEY FOR DEFENDANT,
HUMBLE SURGICAL HOSPITAL L.L.C.
(incorrectly named as HUMBLE SURGICAL HOSPITAL SERVICES, L.L.C., HUMBLE SURGICAL HOLDINGS, L.L.C., HOUSTON HUMBLE SURGICAL, P.L.L.C., HUMBLE SPINE SURGERY, P.L.L.C.)


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record by electronic filing service, email, facsimile and/or certified mail, return receipt requested on August 21, 2015.

Jacqueline M. Houlette       *Via E-File/E-Mail jhoulette@houlette-gray.com*
HOULETTE & GRAY, P.L.L.C.
440 Louisiana Street, Suite 900
Houston, Texas 77002


Allen D. Russell       *Via E-File/E-Mail arussell@taylaw.com*
TAYLOR, TAYLOR & RUSSELL
815 Walker, Suite 250
Houston, Texas 77002


      */s/ Joshua C. Anderson*
      JOSHUA C. ANDERSON

2